

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

**MELISSA RUSHING**                                                                  **PLAINTIFF**

**VS.**                                                  CIVIL ACTION NO. 3:18cv511TSL-RHW

**MISSISSIPPI DEPARTMENT OF CHILD
PROTECTION SERVICES, JESS DICKINSON
(individual and official capacities), DANA SPIERS
(individual capacity), PAMELA CROSS (individual
capacity), WENDY BRYANT (individual capacity),
TRACY MALONE (individual capacity), KRIS
JONES (individual capacity), JOHN DOES 1 - 10**            **DEFENDANTS**

<u>**NOTICE OF REMOVAL**</u>

TO:   Joel Dillard, Esq.
      *Joel F. Dillard, PA*
      775 N. Congress St.
      Jackson, Mississippi 39202

      Honorable Zack Wallace
      Hinds County Circuit Clerk
      Post Office Box 327
      Jackson, Mississippi 39205

      Pursuant to 28 U.S.C. §§ 1441(b) and (c), defendant Mississippi Department of

Child Protection Services ("CPS") hereby removes this action, *Melissa Rushing vs.*

*Mississippi Department of Child Protection Services, et al.,* Civil Action No. **18-386**,

from the Circuit Court of the First Judicial District of Hinds County, Mississippi, to the

United States District Court for the Southern District of Mississippi, Northern Division.

In support of this removal, these defendant would show unto the Court as follows:

1.      In her Complaint, Plaintiff explicitly seeks relief under 42 U.S.C. § 1983 for First Amendment retaliation, due process violations and denial of equal protection. *See Exhibit 1, Complaint, p. 9*. Plaintiff also seeks relief under the Family Medical Leave Act, the Americans with Disabilities Act and the Rehabilitation Act of 1973. *Ex. 1, pp. 10 - 11*. Because Plaintiff is seeking relief for alleged violations of federal law, the Court has jurisdiction over this action pursuant to 28 U.S.C. §1331 and §§ 1441(b) and (c).

2.      Plaintiff also makes various state law claims for compensatory declaratory and injunctive relief. The state law claims alleged by Plaintiff are "so related to claims in the action within such original jurisdiction that they form part of the same case or controversy under Article III of the United States Constitution." 28 U.S.C. § 1367(a). As such, this Court has supplemental jurisdiction over all of Plaintiff's state law claims as well. *Id*.

3.      Plaintiff filed her Complaint on July 9, 2018. *Ex. 1*. CPS was served with process on July 13, 2018. This notice of removal is timely under 28 U.S.C. § 1446(b), because it is being filed no later than thirty days after service on CPS. Plaintiff has identified several individuals as additional defendants and has also included defendants "John Does 1 - 10." However, none of these additional defendants have been served with process in this action. As such, their consent is not necessary for removal. 28 U.S.C.A. § 1446(b)(2)(A).

4.      The United States District Court for the Southern District of Mississippi, Northern Division, embraces the county (Hinds) in which the state court action is now

pending. Thus, venue is proper in this Court pursuant to 28 U.S.C. § 1441(a).

5.      Copies of all process, pleadings and orders served upon CPS are collectively appended to this notice of removal as Exhibit 1 pursuant to 28 U.S.C. § 1446(a). Pursuant to L.U.Civ.R. 5(b), a certified copy of the entire state court record is appended to this notice of removal as Exhibit 2.

6.      Defendants are filing this written notice of removal with the Clerk of the Hinds County Circuit Court, First Judicial District, where this action is currently pending, pursuant to 28 U.S.C. § 1446(d). A copy of this notice of removal is also being served upon Joel Dillard, counsel for the Plaintiff, pursuant to 28 U.S.C. § 1446(d).

WHEREFORE, the Mississippi Department of Child Protection Services respectfully removes this action from the Circuit Court of the First Judicial District of Hinds County, Mississippi, to this Court pursuant to 28 U.S.C. §§ 1441 and 1446.

RESPECTFULLY SUBMITTED, this the 1st day of August, 2018.

**MISSISSIPPI DEPARTMENT OF CHILD PROTECTION SERVICES, DEFENDANT**

**JIM HOOD, ATTORNEY GENERAL STATE OF MISSISSIPPI**

BY:_____
        Benny M. May

Benny M. May (MSB #100108)
*Office of the Attorney General*
Civil Litigation Division
Post Office Box 220
Jackson, Mississippi 39205
Email: bemay@ago.state.ms.us
Telephone: (601) 359-3680
Facsimile: (601) 359-2003

Robert E. Sanders (MSB #6446)
*Young Wells Williams P.A.*
Post Office Box 6005
Ridgeland, MS  39158-6005
Telephone: (601) 948-6100
Facsimile: (601) 355-6136
rsander@syoungwells.com

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that I have this day caused to be mailed, via U.S.

Mail, postage prepaid, a true and correct copy of the above and foregoing document, together

with the exhibits referenced therein, to the following interested parties:

Joel Dillard, Esq.
*Joel F. Dillard, PA*
775 N. Congress St.
Jackson, Mississippi 39202

Honorable Zack Wallace
Hinds County Circuit Clerk
Post Office Box 327
Jackson, Mississippi 39205

This, the 1st day of August, 2018.

_____
Benny M. May